USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYRIEK GIBSON,

           Plaintiff,

-against-

CITY OF NEW YORK, et al.,

           Defendants.

21-CV-4251 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The New York City Department of Corrections (DOC) declined on behalf of defendant C.O. Lopez to waive service of the summons and complaint, stating that the DOC was unable to identify the individual that plaintiff aimed to serve, explaining that there is "more than one Lopez at VCBC." (Dkt. No. 12.) In his pleading, plaintiff describes Lopez only as "chubby, tall, fair skin." *See* Am. Compl. (Dkt. No. 5) at 3. No later than **November 19, 2021**, plaintiff shall submit a letter providing as much identifying detail as possible regarding the C.O. Lopez he intends to sue, including (if known): badge number, first name, gender, height, weight, hair color, and when and where the officer was on duty.

The Court notes that a copy of its Order Regarding General Pretrial Management, dated September 21, 2021 (Dkt. No. 10) was mailed to the plaintiff at the Anna M. Kross Correctional Facility (the address provided in his Amended Complaint) but was returned to sender. Plaintiff is reminded that it is his obligation to update the Court, in writing, if his address changes.

The Clerk of Court is respectfully directed to mail a copy of the Order to the pro se plaintiff at his address on record.

Dated: New York, New York
       October 19, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**